STATE OF LOUISIANA                    NO. 21-KH-649

VERSUS                               FIFTH CIRCUIT

MAURICE HONOR                        COURT OF APPEAL

                                     STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

October 25, 2021

Susan Buchholz
First Deputy Clerk

**IN RE** MAURICE HONOR

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEVEN C. TUREAU, DIVISION "D", NUMBER 16,7361

Panel composed of Judges Susan M. Chehardy,
Hans J. Liljeberg, and John J. Molaison, Jr.

## WRIT GRANTED FOR LIMITED PURPOSE

On February 11, 2021, relator, Maurice Honor, filed a Motion for Leave to Supplement Petitioner's Application for Post-Conviction Relief. In the motion, relator requested leave to file a supplemental memorandum containing a claim of ineffective assistance of counsel. On February 17, 2021, the district court granted relator's motion to supplement his application. Relator now maintains that the district court has not yet ruled on his supplemental application for post-conviction relief.

Accordingly, we grant relator's writ application for the limited purpose of directing the district court to rule on relator's supplemental application for post-conviction relief if it has not already done so.

Gretna, Louisiana, this 25th day of October, 2021.

**HJL**
**SMC**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **10/25/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KH-649**

### E-NOTIFIED
23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED
Honorable Ricky L. Babin (Respondent)
District Attorney
23rd Judicial District Court
Post Office Box 66
Convent, LA 70723

Maurice Honor #486190 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426